# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## PIKEVILLE DIVISION

ACTION NUMBER: 11-157-ART

UNITED STATES OF AMERICA, ex rel.
JENNIFER GRIFFITH AND
SARAH CARVER,                                                    PLAINTIFFS

VS

ERIC C. CONN
ERIC C. CONN, P.S.C.
DAVID B DAUGHERTY
DR. DAVID P HERR
DR. BRADLEY ADKINS
DR. SRINIVAS AMMISETTY                                           DEFENDANTS

### MOTION TO DISMISS ON PUBLIC DISCLOUSRE ISSUE

Comes Defendant, Srinivas Ammisetty ("Dr. Ammisetty"), by counsel and pursuant to

Federal Rules of Civil Procedure 12(b)(1), moves the Court to dismiss the claims raised against

him in the Second Amended Complaint for the reasons set forth in the accompanying

*Memorandum in Support.*


                                        Respectfully Submitted,


                                        _____
                                        /s/ Stephen W. Owens
                                        P.O. Box 1426
                                        Pikeville KY 41502
                                        606-437-6520


CERTFICATE OF SERVICE
        This is to certify that a true and accurate copy of the foregoing motion was electronically
mailed to all appropriate parties:


                                        /s/ Stephen W. Owens